Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., concurs in the result; O'Malley, J., dissents and votes to affirm for the reasons stated in his dissenting opinion in *Matter of Katz* v. *Goldwater* (*ante*, p. 499).

In the Matter of the Application of ALBERTA R. SMITH, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and the petition dismissed for the reasons stated in the opinion of Callahan, J., in *Matter of Katz* v. *Goldwater* (*ante*, p. 495), handed down herewith. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., concurs in the result; O'Malley, J., dissents and votes to affirm for the reasons stated in his dissenting opinion in *Matter of Katz* v. *Goldwater* (*ante*, p. 499).

In the Matter of the Application of SYLVIA L. RESNICK, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against IRVING V. A. HUIE, as Commissioner of Public Works of the City of New York, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and the petition dismissed for the reasons stated in the opinion of Callahan, J., in *Matter of Katz* v. *Goldwater* (*ante*, p. 495), handed down herewith. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., concurs in the result; O'Malley, J., dissents and votes to affirm for the reasons stated in his dissenting opinion in *Matter of Katz* v. *Goldwater* (*ante*, p. 499.)

OTTO ABRAHAM and Others, Appellants, v. ELECTRIC POWER & LIGHT CORPORATION, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JOHN GERDES and JAMES D. CARPENTER, JR., as Trustees of REYNOLDS INVESTING COMPANY, INC., Debtor, Respondents, v. CLARENCE K. REYNOLDS and WILLIAM F. WOODWARD, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by striking out paragraphs 6, 7 and 11 of the complaint, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants, with leave to the defendants-appellants to answer within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of JOSEPH CLARK BALDWIN, Petitioner, Respondent, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The refusal of the commissioner to grant a permit subject to the restrictions offered at the time the application was made constitutes an abuse of discretion and justifies the order appealed from. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of RAYMOND P. FINNERTY, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN and Others, as the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.